RECEIVED
BY MAIL
SEP 2 3 2006
CLERK, US DIST. COURT
MD ST. PAUL, MN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LISAIBILTY LITIGATION (NO. VI)

---

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CV-01-204 DWF/AJB

---

Robert S. Howard,

Plaintiff,

v.

Soo Line Railroad Company,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 8-6, 2006.

SIEBEN, POLK, LAVERDIERE & DUSICH, P.A.

By ______________________

Michael S. Polk, #87397
999 Westview Drive
Hastings, MN 55033
(651) 437-3148

SEP 2 7 2006

H. Seward Lawlor, Esq.
GLASSER AND GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510

Willard J. Moody, Jr., Esq.
MOODY, STROPLE, KLOEPPEL, BASILONE AND HIGGINBOTHAM, INC.
Suite 300, 500 Crawford Street
P.O. Box 1138
Portsmouth, VA 23705

*Attorneys for Plaintiff*

Dated: 8/30, 2006.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By ______________________
Timothy K. Masterson, #203294
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant*

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiff against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: 9/12/2006

BY THE COURT

______________________ J.
JAMES T. GILES
JUDGE OF U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

s:\howard, robert\pldgs\stip dismissal.doc\tw